UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL V. PRESNICK

   -vs-                                    Civil No. 3:02CV1657(GLG)

SUSAN BYSIEWICZ,
SECRETARY OF THE
STATE OF CONNECTICUT

JUDGMENT

    This action came on for consideration on defendant's motion to dismiss before the Honorable Gerard L. Goettel, Senior United States District Judge.   On December 29, 2003, a Ruling on Defendant's Motion to Dismiss entered granting the relief.

    It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the complaint is dismissed.

    Dated at New Haven, Connecticut, this 30th day of December, 2003.

KEVIN F. ROWE, CLERK

By
       Lori Inferrera
       Deputy-in-Charge

EOD: _____